ANNA HUDEK, respondent,

*v.*

ST. PETER GREEK CATHOLIC CEMETERY ASSOCIATION, appellant.

[Decided February 6th, 1928.]

On appeal from a decree of the court of chancery.

*Messrs. Feder & Rinzler,* for the respondent.

*Messrs. Chandless & Weller,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *101 N. J. Eq. 399.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, DEAR, JJ. 12.

*For reversal*—PARKER, KAYS, HETFIELD, JJ. 3.